IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO: 3:92CR284

UNTIED STATES OF AMERICA

vs.                                                             ORDER

MICHAEL TODD ROZELLE,
Defendant,

_____

**THIS MATTER** is before the Court on Defendant's motion (Doc.# 34 ) for "reconsiderations" of sentence pursuant to 18 U.S.C.§ 3582(c)(2) and the Reduced sentence based upon Amendment 782 guidelines.

Defendant's motion was **DENIED** for the reasons stated in the prior Court's Order (Doc. # 46) and the Presentence Investigation Report (Doc. # 44).

**IT IS SO ORDERED:**

Signed: February 5, 2015

Frank D. Whitney
Chief United States District Judge